## BOHANNAN v. WILSON.

No. 805.   Opinion Filed January 10, 1911.

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Where attorneys of record for plaintiff in error fail to observe rule vii of this court, (20 Okla. viii) a motion to dismiss the proceeding in error may be sustained.

(Syllabus by the Court.)

*Error from District Court, Tillman County; J. T. Johnson, Judge.*

Action between T. T. Bohannan and R. P. Wilson. From the judgment Bohannan brings error. Dismissed.

*Hudson & Mounts,* for plaintiff in error.

*Mosier & McGuire* and *B. M. Parmenter,* for defendant in error.

TURNER, J.   It appearing from the record in this cause that proceedings in error herein were commenced in this court April 26, 1909, and that plaintiff in error has failed to file briefs as required by rule 7 of this court, or secure an extension of time so to do, or attempt, on motion of defendant in error filed herein September 16, 1910, duly served on the attorneys or record for plain- in error, this cause is dismissed.

All the Justices concur.